IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Robert S. Reed,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Intoro Elijah,<br><br>　　　　　Defendant. | No. CV17-1602 PHX DGC (JFM)<br><br>**ORDER** |

Plaintiff has filed a First Amended Complaint as a matter of right and pursuant to Order filed October 3, 2017. Doc. 13. The Court is required to screen that complaint pursuant to 28 U.S.C. § 1915A(a). United States Magistrate Judge James F. Metcalf has issued a report and recommendation ("R&R") recommending that the amended complaint be accepted, that service on Defendant Elijah be ordered, and that Defendant Elijah be required to respond to the complaint as referenced in the R&R. Doc. 15. No objection has been filed, which relieves the Court of its obligation to review the R&R. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(3); *Thomas v. Arn*, 474 U.S. 140, 149 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003). The Court will accept the R&R, order service on Defendant Elijah, and order Defendant Elijah to respond to the complaint as referenced in the R&R.

**IT IS ORDERED:**

1. The R&R (Doc. 15) is **accepted**.

2. The first amended complaint (Doc. 14) is accepted as the operative complaint in this matter.

3. The first amended complaint shall be served on Defendant Elijah as referenced in the R&R.

    4. Defendant Elijah is ordered to respond to portions of the first amended complaint as referenced in the R&R.

    Dated this 21st day of November, 2017.

_____
David G. Campbell
United States District Judge